In re Sayes, Dwight A.; Sayes, Phyllis E.; — Plaintiff(s); applying for writ of cer-tiorari and/or review; to the Court of Appeal, Third Circuit, No. CA89-0349; Parish of Rapides, 9th Judicial District Court, Div. “D”, No. 150777.
Prior report: La.App., 567 So.2d 687.
Granted. Case remanded to the court of appeal to reconsider its opinion in light of La.R.S. 22:695 and in connection with the claim for penalties and attorney fees. See Holloway v. Liberty Mutual Insurance Co., 290 So.2d 791 (La.App. 1st Cir.1974), writ denied, 293 So.2d 191 (La.1974), and Gibsland Supply Co., v. American Employers Insurance Co., 242 So.2d 310 (La.App.2d Cir.1970), writ denied, 257 La. 987, 244 So.2d 858 (1971).